

# Fourth Court of Appeals
## San Antonio, Texas

April 17, 2015

No. 04-14-00807-CV

Brad and Randi **AERY**, and the House Intervenors Lloyd House, Robert Eugene House, Magdalen House, Judith Ann House, Wayne House, Jimmy R. House, Edna Pawelek Ulbrich, Peter Pawelek, Jesse Pawelek, Ruby Pawelek Schumacher, Elizabeth Pawalek Reigh, Roy Mitch, Appellants

v.

**HOSKINS, INC**., et al,
Appellees

From the 36th Judicial District Court, McMullen County, Texas
Trial Court No. M-12-0045-CV-A
Starr Boldrick Bauer, Judge Presiding

## ORDER

The Appellee Aurora Resources Corporation's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief is this date GRANTED. Time is extended to May 20, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:    Melanie Hessler Phipps              Daniel Pozza

       Ellen Mitchell                      David William Navarro

       Ezra Johnson                        Conner Jackson

       R. Clay Hoblit                      C. David Kinder

       Jason Allen Newman                  Rosemarie Kanusky